USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/13/24

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMORANDUM ENDORSED**

POPY CHAIRAWATI,
*on behalf of herself,*
*FLSA Collective Plaintiffs, and the Class,*

    Plaintiff,

v.

LA LIBRAIRIE KITCHEN & CAFE L.L.C.
    d/b/a LA LIBRAIRIE KITCHEN & CAFE,
LA LIBRAIRIE DES ENFANTS LLC
    d/b/a LA LIBRAIRIE DES ENFANTS, and
FADILA LYNDA OUHENIA-HUDSON
    a/k/a LYNDA HUDSON,

    Defendants.

Case No.: 1:24-cv-07495

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), that Plaintiff's claims are dismissed, without prejudice, in their entirety, against Defendants, without costs or attorneys' fees to any party. For the avoidance of doubt, there has been no settlement in this matter.

Dated: December 13, 2024
    New York, New York

LEE LITIGATION GROUP, PLLC
 /s/ C. K. Lee
C.K. Lee, Esq.
148 West 24th Street, Eighth Floor
New York, NY 10011
Tel.: 212-465-1188
Fax: 212-465-1181
*Attorney for Plaintiff, FLSA Collective Plaintiffs, and the Class*

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: December 13, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge